IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RONNIE ALLEN BELLAMY, JR.,**

    **Plaintiff,**

v.

    Case No. 20-3229-DDC-ADM

**SAMUEL L. CLINE, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff Ronnie Allen Bellamy, Jr. has appealed the court's judgment against him in his 42 U.S.C. § 1983 lawsuit. *See* Doc. 63 (Judgment) & Doc. 68 (Notice of Appeal). Mr. Bellamy seeks leave to appeal in forma pauperis. *See* Doc. 71.

The court previously granted Mr. Bellamy in forma pauperis status shortly after he filed this lawsuit. *See* Doc. 11. So, he may proceed in forma pauperis on appeal "without further authorization" unless the court "certifies that the appeal is not taken in good faith" or "finds that [he] is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding[.]" Fed. R. App. P. 24(a)(3)(A). The court hasn't made any such certification or finding. So, the court dismisses as moot Mr. Bellamy's Application to Proceed Without Prepayment of Fees (Doc. 71) because he's already entitled to appeal in forma pauperis.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff Ronnie Allen Bellamy, Jr.'s Application to Proceed Without Prepayment of Fees (Doc. 71) is dismissed as moot.

2

**IT IS SO ORDERED.**

**Dated this 27th day of June, 2022, at Kansas City, Kansas.**

<u>s/ Daniel D. Crabtree</u><br>
**Daniel D. Crabtree**<br>
**United States District Judge**

2